AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

C. Abney,
*Plaintiff*
v.
Unknown Jane/John Doe(s); Mr. Kull *Deputy*,

)
)
)
)
)

*Defendants*.

Civil Action No.    1:23-cv-00693-TLW

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, C. Abney, shall take nothing of the defendants, Unknown Jane/John Doe(s) and Mr. Kull *Deputy* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   September 29, 2023                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/L. Baker

                                                              *Signature of Clerk or Deputy Clerk*